From: LUIS TAPIA ltsport1@aol.com
Subject: Re: Bout agreements
Date: June 11, 2022 at 7:47:35 AM
To: Edward Mendy ebmendy@me.com
Cc: Mauricio Sulaiman president@wbcboxing.com, Malte Muller maltemm@hotmail.com, Charles Murad Muniz mail4charlesm@gmail.com, Ivana Habazin anavi.ha@hotmail.com, Al Taylor altaylorusa1@aol.com, Yvonne Mercado ym.memes@gmail.com, laylamccarter@yahoo.com

We will fight and beat her down easily, the problem here is you, you won't come through with the fight and we just don't trust you. I have know you for a long time and I know who you are. Everybody else doesn't.
The opponent that we fought in Dubai was 25 lbs over the weight we agreed. You knew this all the time and didn't have the courage and honesty to let us know.
If you already have a venue why are you trying to get someone to promote the fight here in Las Vegas Using our names?
Lies and lies.
You haven't been able to secure a venue as you agreed, I just hope the WBC stop you from cheating on fighters and Everybody else!
We just can't trust you anymore!


Louis A Tapia

> On Sat, Jun 11, 2022 at 4:56 AM, Edward Mendy <ebmendy@me.com> wrote:
>
>> Dear Mr. Sulaiman:
>>
>> I believe that I have complied with both the letter and spirit of the requirements asked of me, based on WBC rules as well as industry standard. To the extent that I have had questions about anything, I sent emails and other inquiries to the WBC for clarification.

Further, after sending the contracts, I reached out to both fighter sides in effort to get contracts and promotional pictures in early.  Mr. Muniz and I went back and forth on Ms. Habazin's contract and made several to it to address his concerns and several errors I made. Clearly, Mr. Muniz was determined to get the fight done.

It is a well known fact that the easiest way to verify capacity is by an actual test. Ms. Habazin doubted Ms. McCarter's claim that everyone dodges her and challenged her to a fight. As Mr. Tapia incessantly claims that Ms. Habazin is not at their level, why not just fight her, beat her in the ring and put her in her place?

On April 10, 2021, on a card I promoted in Dubai, McCarter gave up almost 20 pounds to beat a Georgian fighter who came in too heavy.  A few years back, McCarter went up three weight classes to fight the undefeated Noni Tenge at her home in South Africa. Why was Mr. Tapia agreeable to those fights then?  I think the answer is obvious. It is because he had confidence that Ms. McCarter would easily win despite the size advantage of her opponents. And win she did.

Further, if after all these years, and several fights in which he and his fighters participated on cards promoted by me, Mr. Tapia suddenly doubts my ability to meet purse obligations or otherwise stage a fight that I won on a purse bid, all he and his fighter have to do is take the fight and have me publicly fall on my face. [Which has never happened and will never happen on any card I personally promote.]

Everyone involved in this saga wants to whether there is a basis to Ms  Habazin's confidence or whether Mr. Tapia is right that "Ivana is not at Layla's level."  I for one do. That is the only reason I choose to put up with this unnecessary drama and Mr. Tapia's reckless, malicious and capricious libel and slander.

There is an old Africa saying, "one does not build a house by talking about one's skills, only by doing."  Stop talking about who is the better fighter. Stop finding reasons not to fight  Settle once and for all the issue of who is better in the ring!!!

Way I see it, it's put up or shut up time.

I thank you for your continued consideration in this matters and look forward to hearing the WBC at its earliest convenience.

Yours truly,

Edward Mendy
(504) 339-4782
(973) 650-9721

Sent from my iPhone

> On Jun 10, 2022, at 10:12 PM, LUIS TAPIA <ltsport1@aol.com> wrote:
>
> Now tou are lying again.
> Thell Torrance doesn't even know who you are, he never contacted you but the way around.
> How you are co promote when you are not a promoter in Nevada and you never will be.
> I just hope the WBC makes the right decision and cancel this nonsense.
> The only reason of you contacting Mr. Torrence was because you are not a licensed promoter and probably you don't have the funds to promote a fight.
> Please stop pretending someone that you are not, if your payment to the WBC was due on Monday and Monday was a holiday here, you could send the payment on Friday.
> I don't know how they left you off the hook, rules are rules.
> I just hope the WBC see you for what you really are.
> As today you still don't have a venue and trying to call everyone to help you!
>
> Please stop this nonsense,  you are not doing what you agreed with everyone.
>
> Louis A Tapia
>
>> On Fri, Jun 10, 2022 at 7:39 PM, Edward Mendy <ebmendy@me.com> wrote:
>>
>>   Mr. Sulaiman:

At this point no excuse for dodging the fight with Ivana Habazin that Mr. Tapia comes up with does not surprise. If Layla McCarter and her team had interest in the fight, they easily could have pointed out the issues they now complain of so that the issues could have been corrected timely. To wait until after the contract deadline, after having ample time to correct the contract provisions and/or negotiate more appropriate language, is indeed rich.

As far as me calling Mr. Thell Torrence to use his license for the McCarter vs Habazin fight, that is a complete lie. Mr. Torrence and Antonio Mesquita called me a few days ago about the possibility of doing events with them in Las Vegas. As I have known Mr. Torrence for a very long time and we have talked about co-promoting events in Nevada in the past, I told them I was open to it. At no point did I ask to use his license for anything, let alone the fight at issue.

I do not know what makes a promoter legitimate but I am licensed in multiple jurisdictions, and have promoted events on five continents without any fighter or commission complaints.

The rest of Mr. Tapia's comments about me (here or elsewhere) I will not dignify a comment. Needless to say, I consider manh of Mr. Tapia's representations slanderous and will deal with them in due time. [With friends like Mr. Tapia, who needs enemies.]

To this day, I do not understand is why anyone would go to such great lengths to avoid a legitimate fight opportunity. Even more puzzling to me is why Mr. Tapia and Miss McCarter are bent on using me as the scapegoat for their refusal to fight Ivana Habazin when all I have done in all the time I have know them is act right by them.

As you are aware, I had informed the WBC that the event would be held on September 3, 2022, in Croatia.

I will respect your decision and will abide by whatever the WBC decides.

Yours truly,

Edward Mendy
(504) 339-4782
(973) 650-9721

Sent from my iPhone

On Jun 10, 2022, at 6:47 PM, LUIS TAPIA <ltsport1@aol.com> wrote:

To all;

Mr. Mendy has failed to meet the deadline. Pursuant to WBC rules for the purse bid of McCarter/Habazin, a venue was to be presented by Mr. Mendy no later than June 3rd.

Contracts would be step #3 after a venue and date are presented. Regarding the "contract"; i.e. somewhere *in Zagreb, Croatia venue **TBA**, promoter license **TBA**, at a weight of **147 plus or minus 2 pounds,** glove weight **10 ounces**, **Sep 3rd or up to 30 days later at a different venue**...etc*. As anyone in the boxing business can attest, this contract is not legitimate in any way...nor is Mr. Mendy a legitimate promoter. My concerns about dealing with Mr. Mendy based on our past experiences have been previously expressed. This week he contacted my good friend and promoter Thell Torrence of Platinum Promotions in Las Vegas to ask about paying to use his license to promote this fight. In any case, Mr. Mendy did not meet the WBC deadline for securing a venue. As Mr. Muniz put it, "enough is enough!"
Mr. Muniz has worked hard to give his fighter Ivana Habazin another shot at a title by disparaging my fighter Layla McCarter. His claims are dishonest and a blatant attempt to move Habazin above McCarter in the ratings. I hope the WBC recognizes this and credits the fighters for what is done in the ring. Enough time has been wasted between us all. I look forward to moving on and getting Layla back into the ring as soon as possible.
Thank you.

Luis A. Tapia
Manager/Layla McCarter


-----Original Message-----
From: Edward Mendy <ebmendy@me.com>
To: Mauricio Sulaiman <president@wbcboxing.com>
Cc: Malte Muller <maltemm@hotmail.com>; Louis Tapia <ltsport1@aol.com>; Charles Murad Muniz <mail4charlesm@gmail.com>; Ivana Habazin <anavi.ha@hotmail.com>; Al Taylor <altaylorusa1@aol.com>; Yvonne Mercado <ym.memes@gmail.com>
Sent: Fri, Jun 10, 2022 11:46 am
Subject: Bout agreements

Regrettably, I must inform you the I did not receive a signed agreement from Layla McCarter by yesterday, which I understood to be the deadline for fighter bout agreements.   Ivan Habazin did send hers but not McCarter.

If it's a case of oversight, and the WBC rules allow it, we are okay with a short extension as we really would like to see the bout take place.

Yours truly,

Edward Mendy
(504) 339-4782
(973) 650-9721

Sent from my iPhone