# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Edward Bissau Mendy, | Case No. 2:22-cv-00937-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Luis A. Tapia; and Layla McCarter, | |
| Defendants. | |

This matter is before the Court on its review of the docket. Plaintiff has been reminded on two occasions that he must file a certificate of interested parties pursuant to Local Rule 7.1-1. (ECF Nos. 10, 12). Plaintiff has yet to file this certificate. The Court will thus order Plaintiff to file his certificate of interested parties on or before **December 7, 2023.**

**IT IS THEREFORE ORDERED** that Plaintiff must file his certificate of interested parties on or before **December 7, 2023**. **Failure to comply with this order may result in a recommendation by the undersigned to the assigned district judge that this case be dismissed**. The Clerk of Court is kindly directed to mail a copy of this order to Plaintiff.

DATED: November 8, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE